

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

—————————————————

No. 02-22-00464-CV

—————————————————

IN RE CAMERON CARLTON, Relator

---

Original Proceeding
481st District Court of Denton County, Texas
Trial Court No. 21-2326-158

---

Before Sudderth, C.J.; Kerr and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: November 29, 2022